UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22362-CV-HOEVELER

LUIS CEPERO,

    Plaintiff,

LEON MEDICAL CENTERS, INC.
and BENJAMIN LEON, III,

    Defendants.
_____

### ORDER

BEFORE the Court is the plaintiff's motion to amend or withdraw its request for admission ("RFA") #31, which the plaintiff served on Leon Medical Centers February 9, 2010. According to the plaintiff, the RFA mistakenly read: "Admit or deny that Plaintiff took a meal break of 30 minutes or more" when, in fact, the RFA was supposed to read: "Admit or deny that Plaintiff took a meal break of 15 minutes or less." The plaintiff blames the mistake on "scrivener's error" and requests that the defendant be compelled to respond to the amended RFA, *nunc pro tunc*.

The defendant opposes the request, pointing out that discovery is closed and the mistaken RFA cannot seriously be described as a scrivener's error, since the amended RFA asks a completely different question. The defendant also draws attention to the fact that the plaintiff recently refused to answer the defendant's written discovery requests, because they had been served about a

1

day too late. If the Court requires the defendant to answer the plaintiff's recent RFA, the defendant asks the Court to likewise compel the plaintiff to answer the defendant's most recent discovery requests.

The Court agrees that the question posed in RFA #31 was not the kind of "scrivener's error" that would make it fair for the plaintiff to ask a new question past the discovery deadline. On the contrary, the original and amended versions of RFA #31 quite logically could appear as two separate questions in the very same set of requests for admission. Thus, it appears the plaintiff seeks to add a new RFA past the discovery deadline, which is not permissible. It is hereby:

**ORDERED AND ADJUDGED:** The plaintiff's motion is DENIED.

**DONE AND ORDERED** in Miami, Florida, October 20th, 2010.

_____
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE

2